IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PHIL MYERS, § | | |
|     Petitioner, § | | |
| § | | |
| VS. § | CIVIL ACTION NO.4:08-CV-176-Y | |
| § | | |
| REBECCA TAMEZ, Warden, § | | |
| FCI-Fort Worth, § | | |
|     Respondent. § | | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Phil Myers, along with the July 17, 2008, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until August 7 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States magistrate judge filed on July 17, 2008. The Court concludes that the petition for writ of habeas corpus should be dismissed for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Phil Myers's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED as moot.

SIGNED August 12, 2008.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE